UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZIVA RAPOPORT-HECHT,
                           Plaintiff,

      -v-

SEVENTH GENERATION, INC.,

                         Defendant.

Case No. 14-CV-9087 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference held before the Court on April 17, 2015, the Court adopted the following scheduling order:

    Defendant shall file its motion to dismiss by no later than May 15, 2015. Plaintiff shall file opposition papers by no later than June 19, 2015. Defendant shall file its reply in support of its motion by no later than July 10, 2015. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    The Parties are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motions are due.

    Courtesy copies are to be served upon the parties by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:     April 17, 2015
                 White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE