```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TZIVA RAPOPORT-HECHT, individually on    )   14-CIV-9087 (KMK)
behalf of herself and all others similarly  )
situated,                                   )
                                            )
                        Plaintiff,          )
                                            )
v.                                          )
                                            )
SEVENTH GENERATION, INC.                    )
                                            )
                        Defendant.          )
---------------------------------------------------------------x
```

**DECLARATION OF MICHELLE GILLETTE IN SUPPORT OF DEFENDANT SEVENTH GENERATION INC.'S MOTION TO STRIKE CLASS ALLEGATIONS (Fed. R. Civ. Proc. 23(d)(1)(D))**

I, Michelle Gillette, declare as follows:

1. I am a member with the law firm of Mintz Levin Cohn Ferris Glovsky & Popeo PC, and am counsel for defendant Seventh Generation, Inc. in this action. I have personal knowledge of the facts set forth in this declaration, and as to those facts for which I do not have personal knowledge, I declare them to be true upon information and belief, and if called upon as a witness I could so testify.

2. A true and complete copy of the Class Action Complaint filed in this action, entitled Tziva Rapoport-Hecht v. Seventh Generation, Inc, case no. 7:14-cv-09087-KMK, is attached hereto as Exhibit A.

3. An Appendix of Variations in State Consumer Protection and Deceptive Trade Practices Laws is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the state of New York and the United States of America that the foregoing is true and correct.

Dated: May 15, 2015                    By _____
                                              Michelle Gillette