UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZIVA RAPOPORT-HECHT, MAGGIE TSAN, and ERICA WILDSTEIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SEVENTH GENERATION, INC.,<br><br>      Defendant. | No. 7:14-cv-09087-KMK<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 7(b) and 23 of the Federal Rules of Civil Procedure, the undersigned shall bring an unopposed Motion for Preliminary Approval of the Settlement before this Court on a date and time to be set by the Court. This motion is based upon all files and pleadings in this matter, as well as the Memorandum of Law; the Declaration of Michael R. Reese; the Declaration of Melissa W. Wolchansky; the Declaration of Jeffrey D. Kaliel; the Declaration Jason P. Sultzer; and the exhibits submitted herewith.

Date: July 1, 2016

Respectfully submitted,

THE SULTZER LAW GROUP

By: _____
Jason P. Sultzer
sultzerj@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747

**REESE LLP**
Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**TYCKO & ZAVAREEI LLP**
Jeffrey D. Kaliel
jkaliel@tzlegal.com
2000 L. Street, Northwest, Suite 808
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**HALUNEN LAW**
Melissa Wolchansky
wolchansky@halunenlaw.com
1650 IDS Center
80 South Eighth Street

Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Counsel for Plaintiffs and the Proposed Class*