**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**THE SULTZER LAW GROUP**
Jason P. Sultzer
*sultzerj@thesultzerlawgroup.com*
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York  12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747

**TYCKO & ZAVAREEI LLP**
Jeffrey D. Kaliel
*jkaliel@tzlegal.com*
2000 L Street, Northwest, Suite 808
Washington, District of Columbia  20036
Telephone: (202) 973-0900
Facsimile: (202) 973- 0950

**HALUNEN LAW**
Melissa Wolchansky
*wolchansky@halunenlaw.com*
1650 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Court Appointed Class Counsel*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TZIVA RAPOPORT-HECHT, MAGGIE TSAN, and ERICA WILDSTEIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>SEVENTH GENERATION, INC.,<br><br>     Defendant. | No. 7:14-cv-09087-KMK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on January 26, 2017, at 2:00 p.m., in the U.S. District Court for the Southern District of New York, in Courtroom 521, in The Honorable Charles L. Brieant Jr. Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, before the Honorable Kenneth M. Karas, Plaintiffs Tziva Rapoport-Hecht, Maggie Tsan, and Erica Wildstein will, and hereby do, move the Court for an order: (i) confirming certification of the Settlement Class and continuing the appointment of Tziva Rapoport-Hecht, Maggie Tsan, and Erica Wildstein as representatives of the Settlement Class and Reese LLP, Tycko & Zavareei LLP, Halunen Law, and The Sultzer Law Group as Class Counsel; (ii) granting Final Approval of the Settlement; and (iii) entering the Order and Final Judgment in this Action.

The motion is based upon this notice of motion; the accompanying memorandum of law; the Declaration of Michael R. Reese; the Declaration of Melissa W. Wolchansky; the Declaration of Jeffrey D. Kaliel; the Declaration of Jason P. Sultzer; the Declaration of Steven Weisbrot, Esq.; the Declaration of Tziva Rapoport-Hecht; the Declaration of Maggie Tsan; the Declaration of Erica Wildstein; all of the pleadings and documents on file in this action; and such other matters as may be presented at or before the hearing.

Date: December 13, 2016                                   Respectfully submitted,

                                                          **REESE LLP**

                                                          By:  */s/ Michael R. Reese*
                                                               Michael R. Reese
                                                               mreese@reesellp.com
                                                               100 West 93rd Street, 16th Floor
                                                               New York, New York  10025
                                                               Telephone: (212) 643-0500
                                                               Facsimile: (212) 253-4272

                                                          **THE SULTZER LAW GROUP**
                                                          Jason P. Sultzer

*sultzerj@thesultzerlawgroup.com*
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York  12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747

**TYCKO & ZAVAREEI LLP**
Jeffrey D. Kaliel
*jkaliel@tzlegal.com*
2000 L Street, Northwest, Suite 808
Washington, District of Columbia  20036
Telephone: (202) 973-0900
Facsimile: (202) 973- 0950

**HALUNEN LAW**
Melissa Wolchansky
*wolchansky@halunenlaw.com*
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Court Appointed Class Counsel*