UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZIVA RAPOPORT-HECHT,
MAGGIE TSAN, and ERICA
WILDSTEIN, individually and
on behalf of all others similarly
situated,

Case No. 7:14-cv-09087-KMK

Plaintiffs,

v.
SEVENTH GENERATION, INC.,

Defendant.

## NOTICE OF APPEAL



RECEIVED
MAY 12 2017
U.S.D.C.
WP

**Patrick S. Sweeney, Pro Se**
6666 Odana Road
Suite 116
Madison, WI 53719
Telephone: (310)-339-0548
Fax: (561)-395-9093
patrickshanesweeney@gmail.com

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Second Circuit from the Order Granting Motion for Settlement (Dkt. #75) and Order Approving Class Action Settlement and Final Judgment (Dkt. #76) each entered in this action on April 28, 2017. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: May 8, 2017

Respectfully Submitted,

**Patrick S. Sweeney, Pro Se**
6666 Odana Road
Suite 116
Madison, WI 53719
PH: 310-339-0548
Fax: 561-395-9093
patrickshanesweeney@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Southern District of New York at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

_____
Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53719
PH: 310-339-0548
Fax: 561-395-9093
patrickshanesweeney@gmail.com

SWEENEY
6666 ODANA RD.
SUITE 116
MADISON, WI
53719

MILWAUKEE WI 530
08 MAY 2017 PM 2 L

USMS
SDNY

CLERK OF COURTS
U.S. D.C. SOUTHERN NEW YORK
HONORABLE CHARLES BRIEANT
FEDERAL BUILDING & COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, New York
10601-4150983

RECEIVED
MAY 12 2017
U.S.D.C.
WP