**MANDATE**

N.Y.S.D. Case #
14-cv-9087(KMK)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand seventeen.

_____

Tziva Rapoport-Hecht, individually and on behalf of herself and all others similarly situated,

    Plaintiff - Appellee,

v.

Seventh Generation, Inc.,

    Defendant - Appellee,

v.

Patrick S. Sweeney,

    Objector - Appellant.

_____

**ORDER**
Docket No. 17-1592

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 26, 2017

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/25/2017